**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-7419**

─────────────

THOMAS E. MAREE-BEY,

                                        Petitioner - Appellant,

        versus

JOHN NASH, Warden, FCI Schuylkill,

                                        Respondent - Appellee.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
02-2584-CCB)

─────────────

Submitted:  November 20, 2002      Decided:  December 16, 2002

─────────────

Before WILKINS, TRAXLER, and KING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Thomas E. Maree-Bey, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas E. Maree-Bey, a federal prisoner, appeals the district court's order dismissing without prejudice his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court.[*] See Maree-Bey v. Nash, No. CA-02-2584-CCB (D. Md. filed Sept. 10, 2002 & entered Sept. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Maree-Bey suggests in his informal brief to this court that he is unable to complete administrative exhaustion of his claim because he has been paroled from custody. However, the applicable regulations apply "to former inmates for issues that arose during their confinement." 28 C.F.R. § 542.10(b) (2002). Therefore, Maree-Bey must complete the exhaustion process before pursuing his claim in federal court.